IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:06CR381

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| GUILLERMO CORRAL, | ) |
| Defendant. | ) |
| | ) |
| | ) |

**ORDER GRANTING
MOTION TO APPEAR PRO HAC VICE**

**THIS MATTER IS BEFORE THE COURT** on Ray Velarde's Application for Admission *Pro Hac Vice*. It appearing that Ray Velarde is a member in good standing with the Texas State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1) Ray Velarde's Application for Admission *Pro Hac Vice* is **GRANTED**; and

(2) Ray Velarde remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: October 31, 2006

David C. Keesler
United States Magistrate Judge